UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA



FILED

AUG 3 2021

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSHUA DOTY,<br><br>            Defendant. | Criminal No. 5:21-CR-21<br><br>Violations:    18 U.S.C. § 922(g)(1)<br>                     18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Unlawful Possession of a Firearm)

On or about December 14, 2019, in Brooke County, in the Northern District of West Virginia, the defendant, **JOSHUA DOTY**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is, the offense of Entering without Breaking, in the Circuit Court of Brooke County, West Virginia, Case No. 05-F-12, on August 1, 2005; the offense of Aggravated Robbery in the Court of Common Pleas of Jefferson County, Ohio, Case No. 07CR103, on October 10, 2007; and the offense of Escape in the Court of Common Pleas of Jefferson County, Ohio, Case No. 16 CR 46, on August 3, 2016, knowingly possessed a firearm in and affecting interstate commerce, that is, a Winchester, model 120, 12 gauge shotgun, SN: L1622740, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                      A True Bill:

                                      /s/_____
                                      Foreperson

/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

David J. Perri
Assistant United States Attorney